UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DANNY ACOSTA and ERIC MATOS,  :  21-Cv-1144 (SHS)

                Plaintiffs,  :
     -v-                             ORDER
                             :

THE CITY OF NEW YORK, NYPD, NYPD
DEP'T ADVOCATE'S OFFICE, and JOHN DOE  :
NYPD OFFICERS #1-3,
                             :
                Defendants.
-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the Court will hold a hearing on plaintiffs' application for a temporary restraining order and order to show cause [Doc. No. 5], via telephone, on Wednesday, February 10, 2021, at 4:00 p.m. The parties shall dial 888-273-3658 and use access code 7004275 to join the hearing.

Dated:  New York, New York
         February 9, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.