UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| DANNY ACOSTA and ERIC MATOS, | : | 21-Cv-1144 (SHS) |
| Plaintiffs, | : | |
| -v- | : | <u>ORDER</u> |
| THE CITY OF NEW YORK, NYPD, NYPD DEPT. ADVOCATE'S OFFICE, and NYPD JOHN DOE OFFICERS 1-5, | : : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

      This matter having been commenced by the filing of a complaint [Doc. No. 2], a motion for a preliminary injunction [Doc. No. 4], and a motion for a temporary restraining order [Doc. No. 5] on February 9, 2021, and a hearing having been held today via teleconference, with counsel for all parties participating, and the attorneys having represented to the Court that plaintiff Danny Acosta has resolved his claims with defendants, and the attorney for the remaining plaintiff having agreed to file an amended complaint on or before February 19, 2021,

      IT IS HEREBY ORDERED that:

      1.      The motion for a preliminary injunction [Doc. No. 4] and the motion for a temporary restraining order [Doc. No. 5], are dismissed as moot; and

      2.      The plaintiff is directed to file an amended complaint on or before February 19, 2021.

Dated: New York, New York
           February 10, 2021

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.