UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

ERIC MATOS,                                  :        21-Cv-1144 (SHS)

              Plaintiff,          :

         -v-                              :        ORDER

THE CITY OF NEW YORK, NYPD,         :
NYPD DEPT. ADVOCATE'S OFFICE,
and NYPD JOHN DOE OFFICERS 1-5,   :

             Defendants.        :

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that the show cause hearing scheduled for March 31, 2021, will be held at 12:00 p.m., not 1:00 p.m.

Dated: New York, New York
          March 22, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.