UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

ERIC MATOS,                                :     21-Cv-1144 (SHS)

              Plaintiff,      :

      -v-                              :     ORDER

THE CITY OF NEW YORK, NYPD,      :
NYPD DEPT. ADVOCATE'S OFFICE,
and NYPD JOHN DOE OFFICERS 1-5,  :

              Defendants.     :

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

      For the reasons set forth on the record at a telephone conference with all parties participating on February 10, 2021,

      IT IS HEREBY ORDERED that plaintiff Eric Matos is dismissed as a plaintiff in this action.

Dated: New York, New York
       March 23, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.