UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

ERIC MATOS,                                  :         21-Cv-1144 (SHS)

                Plaintiff,           :

       -v-                                   :         **AMENDED ORDER**

THE CITY OF NEW YORK, NYPD,                  :
NYPD DEPT. ADVOCATE'S OFFICE,
and NYPD JOHN DOE OFFICERS 1-5,              :

                Defendants.          :

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge

      For the reasons set forth on the record at a telephone conference with all parties participating on February 10, 2021,

      IT IS HEREBY ORDERED that plaintiff Danny Acosta, <u>not</u> Eric Matos, is dismissed as a plaintiff in this action. This order replaces Order No. 29.

      Plaintiff's counsel is reminded that ECF reflects that the proposed amended complaint was rejected for filing [see Doc. No. 19 and docket entry dated March 10, 2021 "Notice to Attorney Regarding Deficient Pleading"].

Dated: New York, New York
       March 23, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.