UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| ERIC MATOS, | : | 21-Cv-1144 (SHS) |
| Plaintiff, | : | |
| -v- | : | ORDER |
| THE CITY OF NEW YORK, *ET AL.*, | : | |
| | : | |
| Defendants. | | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     The hearing scheduled for March 31, 2021, at 12:00 p.m. will proceed as a video conference using the Skype for Business platform. The Skype link will be emailed to all parties.

     To optimize use of the Court's video conferencing technology, all participants in the call must:

     Use a browser other than Microsoft Explorer to access Skype for Business;

     Position the participant's device as close to the WiFi router as is feasible;

     Ensure any others in the participant's household are not using WiFi during the period of the call;

     Unless the participant is using a mobile telephone to access Skype for Business, connect to audio by having the system call the participant; and

     If there is ambient noise, the participant must mute his or her device when not speaking.

     Co-counsel, members of the press, and the public may access the audio feed of the conference by dialing 917-933-2166 and entering the Participant Code 302404886.

Dated: New York, New York
       March 29, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.