UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIC MATOS,

              Plaintiff,

    v.

CITY OF NEW YORK *ET AL.*,

              Defendants.

21-CV-1144 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    The Court held a hearing today in this matter, on the record and with all parties participating. At the conclusion of oral argument, the Court denied plaintiff's motion for a preliminary injunction, *see* ECF Nos. 19-20, on the grounds that abstention is warranted by *Younger v. Harris*, 401 U.S. 37 (1971).

    Accordingly, the parties are HEREBY ORDERED to confer and submit a schedule for the continuation of this action, including a schedule for discovery, to this Court in writing on or before April 7, 2021.

Dated:  New York, New York
         March 31, 2021

SO ORDERED

*[signature]*

SIDNEY H. STEIN
U.S.D.J.